UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAN BUREN COUNTY FRUIT EXCHANGE OF FLORIDA, INC.<br>　　　　　Complainant,<br><br>　　　　　v.<br><br>SAM WANG FOOD CORP. INC.,<br><br>　　　　　Respondent. | Civil Action 00-01950 (HHK) |

**MEMORANDUM**

This court referred the motion to dismiss this action filed by Van Buren County Fruit Exchange of Florida, Inc. (#7) to a United States Magistrate Judge for her Report and Recommendation pursuant to LcvR 72.3. On June 19, 2003, United States Magistrate Judge Robinson issued a Report and Recommendation in which she explained the basis for her conclusion that the motion should be granted.

Having considered the Report and Recommendation and the objections thereto of Sam Wang Food Corporation, Inc. ("Sam Wang"), the court concludes that Sam Wang's objections are without merit and that the Magistrate Judge is correct for the reasons set forth in her Report and Recommendation. Accordingly, the court adopts the Magistrate Judge's Report and Recommendation and will grant the motion to dismiss.

An appropriate order accompanies this memorandum.